**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Luis Alberto RUBIO–GIL, Defendant—
Appellant.**

**No. 05–30059.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 12, 2006.*

Decided June 16, 2006.

Thomas J. Hopkins, Office of the U.S. Attorney, Spokane, WA, for Plaintiff—Appellee.

Dan B. Johnson, Esq., Dan B. Johnson, P.S., Spokane, WA, for Defendant—Appellant.

Before: FERNANDEZ, KLEINFELD, and BERZON, Circuit Judges.

MEMORANDUM **

Luis Alberto Rubio–Gil appeals from the district court's judgment and 60–month sentence imposed following his guilty-plea conviction for distribution of 500 grams or more of cocaine, in violation of 21 U.S.C. § 841(a)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rubio–Gil's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Rubio–Gil filed a *pro se* supplemental brief. The Government did not file an answering brief.

Our independent review of the briefs and the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

